UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND KERPASH and MYRNA KERPASH,<br><br>     Plaintiffs,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF TRANSPORTATION,<br><br>     Defendant. | Case No. 06-cv-474-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on review of the plaintiffs' Amended Complaint (Doc. 8). The Court notes that the filing does not comply with the Federal Rules of Civil Procedure and/or Local Rules in the following ways:

- new material in the amended pleading is not underlined as required by Local Rule 15.1, which the Court specifically ordered the plaintiffs to consult in its July 10, 2006, order.

The Court firmly believes that "procedural rules are important and that infractions of those rules should not be tolerated by the courts. Otherwise, the rules themselves will not be taken seriously, and eventually they may exist in name only, honored in the breach." *Kovilic Constr. Co., Inc., v. Missbrenner*, 106 F.3d 768, 770 (7th Cir. 1997). Accordingly, the Court hereby **ORDERS** that the Amended Complaint (Doc. 8) be **STRICKEN** for failure to comply with the Federal Rules of Civil Procedure and/or the Local Rules, as noted above.

The Court **ORDERS** that the plaintiffs shall have up to and including August 4, 2006, to file an amended pleading that complies with all applicable rules, including but not limited to Local Rule 15.1. Failure to comply with this order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority.

**IT IS SO ORDERED.**
**DATED: July 25, 2006**

s/ J. Phil Gilbert
**DISTRICT JUDGE**